SEDGWICK LLP
STEPHANIE A. SHERIDAN, State Bar No. 135910
*stephanie.sheridan@sedgwicklaw.com*
ANTHONY J. ANSCOMBE, State Bar No. 135883
*anthony.anscombe@sedgwicklaw.com*
MEEGAN B. BROOKS, State Bar No. 298570
*meegan.brooks@sedgwicklaw.com*
333 Bush Street, 30th Floor
San Francisco, CA 94104-2834
Telephone: 415.781.7900
Facsimile: 415.781.2635

Attorneys for Defendants
ALERE HOME MONITORING, INC.
and ALERE SAN DIEGO, INC.

KERSHAW, CUTTER & RATINOFF, LLP
William Kershaw, State Bar No. 057486
*wkershaw@kcrlegal.com*
Stuart C. Talley, State Bar No. 180374
*stalley@kcrlegal.com*
401 Watt Avenue
Sacramento, California 95864
Telephone: 916.448.9800
Facsimile: 916.669.4499

Attorneys for Plaintiff
STEVE SHIELDS

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| STEVE SHIELDS, <br><br> Plaintiff. <br><br> v. <br><br> ALERE HOME MONITORING, INC. and ALERE SAN DIEGO, INC. <br><br> Defendants. | Case No. 3:15-cv-02580-CRB <br><br> Hon. Charles R. Breyer <br><br> **JOINT STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND ADR DEADLINES** |

1.

1  Pursuant to Civil Local Rules 16-2 and 7-12, Plaintiff Steve Shields ("Plaintiff") and
2  Defendants Alere Home Monitoring, Inc. and Alere San Diego, Inc. ("Defendants"), hereby agree
3  and stipulate that good cause exists to request an order from the Court rescheduling the Initial
4  Case Management Conference currently set for November 13, 2015.

5  WHEREAS, Plaintiff filed a Complaint on June 10, 2015 and a First Amended Complaint
6  on July 27, 2015, and thereafter served the First Amended Complaint on Defendants;

7  WHEREAS, on June 18, 2015, the Court scheduled a Case Management Conference for
8  September 11, 2015 (Dkt. #9), and set the deadline for filing a Joint Case Management Statement
9  as September 4, 2015;

10  WHEREAS, on September 1, 2015, the Parties filed a Stipulation to continue the Case
11  Management Conference and ADR deadlines until after Defendants' motion to dismiss was fully
12  briefed and decided (Dkt. #19);

13  WHEREAS, on September 4, 2015, the Court granted that Stipulation, and rescheduled the
14  Case Management Conference for November 13, 2015 at 8:30 a.m. (Dkt. #20);

15  WHEREAS, Defendants' counsel has a scheduling conflict on November 13, 2015; the
16  Parties therefore request that the Case Management Conference be rescheduled for the following
17  Friday, November 20, 2015; the Parties also request that their deadline to comply with the ADR
18  requirement be continued until on or after the date of the Case Management Conference, so that
19  they may discuss their options at the Conference, pursuant to ADR Local Rule 3-5(e);

20  WHEREAS, the Parties do not seek to reset these dates for the purpose of delay, and the
21  proposed new dates will not have an effect on any pre-trial and trial dates as the Court has yet to
22  schedule these dates; and

23  NOW, THEREFORE, the Parties hereby stipulate and respectfully request that the Court
24  continue the Case Management Conference one week, until November 20, 2015. The Parties also
25  respectfully request that the court extend the deadline to comply with the ADR requirement until
26  on or after the date of the Case Management Conference.

27  **IT IS SO STIPULATED.**

28

2.

Dated: September 23, 2015     By:   /s/ Stephanie Sheridan
Stephanie Sheridan
Anthony Anscombe
Meegan Brooks
SEDGWICK LLP
*Counsel for Defendants*
ALERE HOME MONITORING, INC. and ALERE SAN DIEGO, INC.

Dated: September 23, 2015     By:   /s/   Stuart Talley
Stuart Talley
William Kershaw
KERSHAW, CUTTER, & RATINOFF LLP
*Counsel for Plaintiff*
STEVE SHIELDS

## **ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I, Stephanie Sheridan, attest that all other signatories listed herein, and on whose behalf this filing is being submitted, concur in this filing's content and have authorized the filing.

By:   /s/ Stephanie Sheridan

## **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that the Case Management Conference and ADR deadlines are continued until November 20, 2015.

DATED: September 28, 2015     By:   _____
Hon. Charles R. Breyer
UNITED STATES DISTRICT JUDGE