United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

STEVE SHIELDS

         Plaintiff,

  v.

ALERE HOME MONITORING, INC.,
ALERE SAN DIEGO, INC.

         Defendants.

_____/

No. 15-cv-2580 CRB

**ORDER TO SHOW CAUSE**

      On November 17, 2015, the Court granted Alere's motion to dismiss Shields's first amended complaint. See Order on MTD (dkt. 29). More than a year has passed but Shields has taken no further action. He is therefore ORDERED to show cause within 14 days why this case should not be dismissed with prejudice under Federal Rule of Civil Procedure 41(b) for failure to prosecute.

     **IT IS SO ORDERED.**

     Dated: February 22, 2017

                                     _____
                                     CHARLES  R. BREYER
                                     UNITED STATES DISTRICT JUDGE