IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

STEVE SHIELDS

    Plaintiff,

  v.

ALERE HOME MONITORING, INC.,
ALERE SAN DIEGO, INC.

    Defendants.

No. 15-cv-2580 CRB

**ORDER DISMISSING CASE**

On February 22, 2017, the Court issued an order to show cause why this case should not be dismissed with prejudice under Federal Rule of Civil Procedure of 41(b) for failure to prosecute. See OSC (dkt. 31) at 1. No response has been filed. This case is therefore DISMISSED WITH PREJUDICE.

**IT IS SO ORDERED.**

Dated: May 22, 2017

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE