IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

STEVE SHIELDS

    Plaintiff,

  v.

ALERE HOME MONITORING, INC.,
ALERE SAN DIEGO, INC.

    Defendants.

No. 15-cv-2580 CRB

**JUDGMENT**

On May 22, 2017, the Court dismissed this case with prejudice. Accordingly, the Court ENTERS judgment in favor of Defendants and against Plaintiff.

**IT IS SO ORDERED.**

Dated: May 22, 2017

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE